*Opposed*—None.

BENJAMIN E. ZUZA, PETITIONER-RESPONDENT, v. FORD MOTOR COMPANY, RESPONDENT-APPELLANT.

Argued March 29, 1965—Decided April 12, 1965.

*Mr. Verling C. Enteman* argued the cause for appellant.

*Mr. Mortimer Wald* argued the cause for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Foley in the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN —7.

*For reversal*—None.